United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
William Cheaye  
William Cheaye  
    Debtors

Case No. 18-15457-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: jch    Page 1 of 1    Date Rcvd: Oct 29, 2018  
                      Form ID: 175    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2018.
```
db             +William Cheaye,    MAILING ADDRESS,    221 Marshall Road,    Darby, PA 19023-3211
db             +William Cheaye,    118 S. Valley Road,    Paoli, PA 19301-1444
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2018                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2018 at the address(es) listed below:
```
              KEVIN G.   MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              LEON P.   HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              TIMOTHY    ZEARFOSS    on behalf of Debtor William    Cheaye tzearfoss@aol.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM    MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
              WILLIAM    MILLER*R    on behalf of Trustee WILLIAM    MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: William Cheaye
    Debtor(s)

Case No: 18−15457−jkf
Chapter: 13

### NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for failure to pay the first & second installment payment for a total amount of $200.00

will be held before the Honorable Jean K. FitzSimon ,United States Bankruptcy Court

on: 11/14/18

at: 09:30 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: October 29, 2018

24
Form 175