## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: William Cheaye** | |
| **Debtor(s)** | **CHAPTER 13** |
| **PENNSYLVANIA HOUSING FINANCE AGENCY** | |
| **Movant** | |
| **vs.** | **NO.** 18-15457 JKF |
| **William Cheaye** | |
| **Respondent(s)** | |
| **William Miller*R** | |
| **Trustee** | |

### <u>ORDER</u>

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by PENNSYLVANIA HOUSING FINANCE AGENCY, it is **Ordered** and **Decreed** that confirmation is **denied**.

_____
Bankruptcy Judge