United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-15457-jkf
William Cheaye                                                            Chapter 13
William Cheaye
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John                 Page 1 of 1            Date Rcvd: Nov 14, 2018
                              Form ID: pdf900            Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2018.
db          +William Cheaye,    MAILING ADDRESS,    221 Marshall Road,    Darby, PA 19023-3211
db          +William Cheaye,    118 S. Valley Road,    Paoli, PA 19301-1444
cr          +PENNSYLVANIA HOUSING FINANCE AGENCY,     c/o KEVIN G. MCDONALD,    701 Market St. Suite 5000,
              Philadelphia, PA 19106-1541
14198091    +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14196949    +PENNSYLVANIA HOUSING FINANCE AGENCY,     c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
              701 Market St. Suite 5000,    Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Nov 15 2018 03:56:12     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2018 03:55:32
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA 17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 15 2018 03:55:53     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 15 2018 04:00:12
              Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
              Oklahoma City, OK 73118-7901
14184977    +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 15 2018 04:00:12
              Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
              4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14213639    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 15 2018 03:59:13     Directv, LLC,
              by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14204383     E-mail/PDF: resurgentbknotifications@resurgent.com Nov 15 2018 03:59:13
              LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
              LLC,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14207148     E-mail/Text: bkr@cardworks.com Nov 15 2018 03:54:53     MERRICK BANK,
              Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
14182834     E-mail/Text: blegal@phfa.org Nov 15 2018 03:55:40     PHFA,    PO BOX 8029,
              HARRISBURG, PA 17101
14214706    +E-mail/Text: blegal@phfa.org Nov 15 2018 03:55:40     Pennsylvania Housing Finance Agency,
              211 North Front Street,   Harrisburg, PA 17101-1406
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2018 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              TIMOTHY  ZEARFOSS    on behalf of Debtor William  Cheaye tzearfoss@aol.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re

**18-15457-JKF    WILLIAM CHEAYE**
Debtor(s)

**ORDER**

AND NOW, it is

1.*(X)   ORDERED that since we find that the debtor(s) have failed to pay the prescribed filing fee in full within the requisite time period, this case, be, and the same hereby is, DISMISSED.

2.*( )   ORDERED that since we find that the debtor(s)' have failed to propose a plan, this case be, and the same hereby is, DISMISSED

3.*( )   ORDERED that sine we find that the debtor(s) have failed to file a feasible plan, this case be and the same hereby is, DISMISSED.

4.*( )   ORDERED that since we find that the debtor(s) have failed to attend the hearing mandated under 11 U.S.C. Sec.341 and have failed to attend the hearing to explain their absence at the Sec. 341 hearing, this case be and the same hereby is, DISMISSED.

5.*( )   ORDERED that since the debtor(s) have failed to prosecute this case or to file timely their required documents, this case be, and the same hereby is, DISMISSED, and within ten days of the entry of this order, debtor's counsel shall submit a master list of creditors and, as required by Bankruptcy Rule 2016 (b), an itemized statement of attorney's fees unless current versions of both these documents are on file with the Clerk.

6.*( )   ORDERED that since we find material failure to comply with the terms of a confirmed plan under 11 U.S.C. Sec. 1307 (c)(6) this case be, and the same hereby is, DISMISSED.

**Date: November 14, 2018**

Dated:                                                       Jean K. FitzSimon
                                                             United States Bankruptcy Judge

* Each numbered paragraph of this order is operative only if the box next to the number designating that paragraph is checked.

b3.frm